# EXHIBIT 1

# VOLKSWAGEN OF NANUET
6 HUTTON AVE
NANUET, NY 10954
845-285-3400

SOLD TO: HELDER RAMIREZ

ADDRESS: [redacted]
NORRISTOWN PA 19401

| YEAR | MAKE | BODY STYLE & MODEL | NEW OR USED | VEHICLE IDENTIFICATION NO. |
|------|------|--------------------|-------------|----------------------------|
| 2014 | HONDA | SD CIVIC | USED | 19XFB2F51EE256164 |

SALESMAN: MONICEEA BOYDE
KEY NOS.:
COLOR: WHITE

## USED VEHICLE CERTIFICATION

"IF THIS MOTOR VEHICLES IS CLASSIFIED AS A USED MOTOR VEHICLE, White Plains VW THE DEALER NAMED ABOVE, CERTIFIES THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER, UNDER NORMAL USE, SATISFACTORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAYS AT THE TIME OF DELIVERY."

### OPTIONAL EQUIPMENT AND ACCESSORIES

| GROUP | DESCRIPTION | PRICE |
|-------|-------------|-------|
| | months @ $ 12500.00 | |
| | Finance | |
| | Mileage 85735 | |
| | As equipped at delivery | |
| | OUTSIDE LIEN | |
| | PA | |
| | MV 50# | |

"DEALER'S OPTIONAL FEE FOR PROCESSING APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE, AND FOR SECURING SPECIAL OR DISTINCTIVE PLATES (IF APPLICABLE). THIS IS NOT A DMW FEE *$75.00*." All warranties on this vehicle are the manufacturer's. The seller hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose and neither assumes nor authorized any other person to assume for it any liability in connection with the sale of the vehicle. We use non-KIA service contracts and accessories. This disclaimer by the Seller in no way affects the terms of the Manufacturer's Warranty.

### USED VEHICLE TRADED

| YEAR | MAKE | BODY STYLE & MODEL | VEHICLE IDENTIFICATION |
|------|------|--------------------|-----------------------|
| | | | |

BODY COLOR:

---

DEAL# 300775
VEHICLE INVOICE NO.
STOCK NO. NUEE256164
DATE: 10/05/2021
SALESMAN NUMBER: 177995

### PRICE OF VEHICLE

| DESCRIPTION | COST | KEY | ACCT NO. | SALE | KEY |
|-------------|------|-----|----------|------|-----|
| VEHICLE PRICE | | C | | 12122.22 | - |
| N/A | | C | | N/A | - |
| N/A | | C | | N/A | - |
| N/A | | C | | N/A | - |
| N/A | | C | | N/A | - |
| N/A | | C | | 175.00 | - |
| Doc Fee | | C | | N/A | - |
| N/A | | C | | N/A | - |
| N/A | | C | | N/A | - |
| N/A | | C | | N/A | - |
| N/A | | C | | N/A | - |
| N/A | | C | | N/A | + |
| N/A | | C | | N/A | - |

VEHICLE DEAL NO. 300775

SALES TAX: 969.78
LICENSE AND TITLE**: 335.00

### SETTLEMENT

| | |
|---|---|
| TOTAL TIME PRICE | 13602.00 |
| VEH. ACCTS. RECEIVABLE | N/A + |
| REBATES | N/A + |
| TRADE-IN AS APPRAISED | N/A + |
| LIEN PAYOFF | N/A - |
| USED VEHICLE ALLOWANCE | N/A |
| DEPOSIT | 1102.00 |
| TOTAL | 12500.00 |
| CONTRACTS IN TRANSIT | + |
| DUE FROM FIN. INSTIT. - CURRENT | + |
| ACCRUED COMM. PAY | - |
| COMMISSION EXP. | |

VALUE OF TRADE:
STOCK NO.: