# **EXHIBIT 2**

**VOLKSWAGEN OF NANUET**  NYS FACILITY ID NO 7128168
6 HUTTON AVE
NANUET, NY 10954
845-285-3400

DEAL# 300775   CUST# 192371

SOLD TO: HELDER RAMIREZ
ADDRESS: NORRISTOWN PA 19401

DATE: 10/07/2021
VEHICLE INVOICE NO.
STOCK NO. NUEE256164
SALESMAN NUMBER 177995

| YEAR | MAKE | BODY STYLE & MODEL | NEW OR USED | VEHICLE IDENTIFICATION NO. |
|---|---|---|---|---|
| 2014 | HONDA | SD CIVIC | USED | 19XFB2F51EE256164 |

SALESMAN: MONICEEA BOYDE
KEY NOS.
COLOR: WHITE

**USED VEHICLE CERTIFICATION**
"IF THIS MOTOR VEHICLES IS CLASSIFIED AS A USED MOTOR VEHICLE, White Plains VW THE DEALER NAMED ABOVE, CERTIFIES THAT THE ENTIRE VEHICLE IS IN CONDITION AND REPAIR TO RENDER, UNDER NORMAL USE, SATISFACTORY AND ADEQUATE SERVICE UPON THE PUBLIC HIGHWAYS AT THE TIME OF DELIVERY."

| GROUP | DESCRIPTION | PRICE |
|---|---|---|
| | months @ $ 12500.00 | |
| | Finance | |
| | Mileage 85735 | |
| | As equipped at delivery | |
| | OUTSIDE LIEN | |
| | PA | |
| | MV 50# New plate: | |

"DEALER'S OPTIONAL FEE FOR PROCESSING APPLICATION FOR REGISTRATION AND/OR CERTIFICATE OF TITLE, AND FOR SECURING SPECIAL OR DISTINCTIVE PLATES (IF APPLICABLE). THIS IS NOT A DMV FEE *$75.00."
All warranties on this vehicle are the manufacturer's. The seller hereby expressly disclaims all warranties either expressed or implied, including any implied warranty of merchantability or fitness for a particular purpose and neither assumes nor authorized any other person to assume for it any liability in connection with the sale of the vehicle. We use non-KIA service contracts and accessories. This disclaimer by the Seller in no way affects the terms of the Manufacturer's Warranty.

**USED VEHICLE TRADED**

| YEAR | MAKE | BODY STYLE & MODEL | VEHICLE IDENTIFICATION |
|---|---|---|---|
| | | | |

BODY COLOR

**PRICE OF VEHICLE**

| DESCRIPTION | COST | KEY | ACCT NO. | SALE | KEY |
|---|---|---|---|---|---|
| VEHICLE PRICE | | C | | 12122 22 | |
| N/A | | C | | N/A | |
| N/A | | C | | N/A | |
| N/A | | C | | N/A | |
| N/A | | C | | N/A | |
| N/A | | C | | N/A | |
| Doc Fee | | C | | 175 00 | |
| N/A | | C | | N/A | |
| N/A | | C | | N/A | |
| N/A | | C | | N/A | |
| N/A | | C | | N/A | |
| N/A | | C | | N/A | |
| N/A | | C | | N/A | |
| N/A | | C | | N/A | |

VEHICLE DEAL NO. 300775
SALES TAX: 969 78
LICENSE AND TITLE**: 335 00

TOTAL TIME PRICE: 13602 00

**SETTLEMENT**
| VEH. ACCTS. RECEIVABLE | N/A |
| REBATES | N/A |
| TRADE-IN AS APPRAISED | N/A |
| LIEN PAYOFF | N/A |
| USED VEHICLE ALLOWANCE | N/A |
| DEPOSIT | 1102 00 |
| TOTAL | 12500 00 |
| CONTRACTS IN TRANSIT | |
| DUE FROM FIN. INSTIT - CURRENT | |
| ACCRUED COMM. PAY | |
| COMMISSION EXP. | |

VALUE OF TRADE
STOCK NO.