# EXHIBIT 4



**American Heritage Federal Credit Union**

HELDER RAMIREZ

NORRISTOWN PA 19401-3230

Account Number: 718█

Starting Date: 11/01/2021

Ending Date: 11/30/2021

Revolutionize Your
Financial Journey
Call: 888.553.1234
Visit: AmericanHeritageCU.org

2014 HONDA/CIVIC   (ID 02)

| | | |
|---|---|---:|
| Balance Forward | | $14,803.46 |
| − 1 | Payment | $429.94 |
| + 1 | Interest Charge | $51.83 |
| − 1 | Principal Payment | $378.11 |
| Ending Balance | | $14,425.35 |

**Transaction Detail**

Annual Percentage Rate 2.84%
Daily Periodic Rate 0.00778%

| Date | Description | Payment | Interest | Principal | Balance |
|---|---|---:|---:|---:|---:|
| 11/01/2021 | Balance Forward | | | | $14,803.46 |
| 11/21/2021 | Payments Transfer From Share 01 | −$429.94 | $51.83 | −$378.11 | $14,425.35 |
| 11/30/2021 | Ending Balance | | | | $14,425.35 |

Minimum Payment of $429.94 is due on 12/21/2021

Interest Paid $51.83

**Summary**

Year to Date Totals

| | |
|---|---:|
| Dividends Paid | $1.77 |
| Dividends Paid 2020 | $1.99 |
| Interest Paid | $63.34 |