# EXHIBIT 5

**From:** "Helder Ramirez" <███████@yahoo.com>
**To:** "shobbs@amhfcu.org" <shobbs@amhfcu.org>
**Sent:** Tue, Nov 23, 2021 at 3:11 PM
**Subject:** Re: [EXTERNAL] Helder vehicle title

I haven't received proof that they had the title available when they sold it to me, and I've been asking for copies of the old title as well as proof that they submitted all the paperwork. according to them, I signed a power of attorney giving them the right to transfer the title to my name. They are just giving me the run around. And the temporary registration expired on the 2nd of November.

Sent from Yahoo Mail on Android

On Tue, Nov 23, 2021 at 11:29 AM, Stacy Ann Hobbs <shobbs@amhfcu.org> wrote:

> So, they didn't have the title when they sold you the car? That can't be legal!
>
> Usually, the dealership should have the title to be able to send it to the financing company once a car has been sold. Our title department is following up with them.
>
> **Stacy-Ann Hobbs, CCUFC - Assistant Branch Manager**
> **American Heritage Federal Credit Union**
> 720 Moore Road | King of Prussia, PA 19406
> P: 267.668.8380, ext 43852 | F: 484.684.7778
> **americanheritagecu.org**

**From:** Helder Ramirez <██████@yahoo.com>
**Sent:** Tuesday, November 23, 2021 10:38 AM
**To:** Stacy Ann Hobbs <shobbs@amhfcu.org>
**Subject:** Re: [EXTERNAL] Helder vehicle title

Yes something happened at the dealership, I've been going back and forth with the dealership for 4 weeks trying to figure out why I don't have the title and why I hype have been forced to have an illegal vehicle with no registration. First they told me there was a delay on their end and now they're telling me that they've done everything possible and they're just waiting on the D M V

Sent from Yahoo Mail on Android

On Tue, Nov 23, 2021 at 8:20 AM, Stacy Ann Hobbs
<shobbs@amhfcu.org> wrote:

> Good Morning,
>
> I just checked your account and it's not showing we received it yet. We requested it back in October and again in November. Did something happen at the dealership? Did they mention anything about the title when you were there?
>
> thanks
>
> **Stacy-Ann Hobbs, CCUFC - Assistant Branch Manager**
> **American Heritage Federal Credit Union**
> 720 Moore Road| King of Prussia, PA 19406
> P: 267.668.8380, ext 43852| F: 484.684.7778
> **americanheritagecu.org**

---

**From:** Helder Ramirez <██████@yahoo.com>
**Sent:** Monday, November 22, 2021 12:56 PM
**To:** Stacy Ann Hobbs <shobbs@amhfcu.org>
**Subject:** [EXTERNAL] Helder vehicle title

Hi, has anybody at the branch received the title to the vehicle yet?