# EXHIBIT 6

**From:** "Stacy Ann Hobbs" <shobbs@amhfcu.org>
**To:** "Helder Ramirez" <███████@yahoo.com>
**Sent:** Wed, Dec 1, 2021 at 11:25 AM
**Subject:** Follow up

Hi Helder,

per our conversation

My title department followed up with them and the response is below. I know you had mentioned the issue with the registration as well so i had her ask about that as well.

*"Called dealership and spoke w/ sales manager he will contact his title clerk and get me a date when the title work was sent to NY DMV for processing. After mentioning regarding the temp registration, he stated that he can't issue another temp tag bc they are not DMV and they advised Helder that should he get a ticket then dealership will cover the costs."*

I also called the local auto tags and they said there are no other options as far as getting a temporary registration. She said they will be following up again with the dealership because we need to get the title.

thanks

**Stacy-Ann Hobbs, CCUFC - Assistant Branch Manager**
**American Heritage Federal Credit Union**
720 Moore Road| King of Prussia, PA 19406
P: 267.668.8380, ext 43852| F: 484.684.7778
**americanheritagecu.org**