# EXHIBIT 13



**CREDIT UNION**

## EXPLANATION OF CALCULATION OF DEFICIENCY

05/13/2022

**VIA CERTIFIED MAIL**

HELDER RAMIREZ

NORRISTOWN, PA 19401-3230

ACCOUNT # 718
VIN # 19XFB2F51EE256164
2014 HONDA/CIVIC
**DATE OF SALE 5/3/2022**

Dear Mr. RAMIREZ,

On 10/07/2021, we entered into a security agreement with you. In that security agreement you granted us a security interest in certain collateral 2014 HONDA/CIVIC. You are now in default of that security agreement. Following your default, we have disposed of that collateral. As a result of our disposition of that collateral, you owe us a deficiency. Accordingly, we provide you with the following explanation of the calculation of the deficiency you owe us under the terms of the security agreement and the obligations it secures.

1. Aggregate debt secured by a security interest in disposed collateral, calculated as of 11/21/2021: **$14,425.35**

2. Proceeds from disposition: **$9,000.00**

3. Aggregate amount of the obligations after deducting the amount of proceeds from disposition: **$5,425.35**

# American Heritage
CREDIT UNION

PAGE 2

Disposition expenses, including, but not limited to, reconditioning and repossession/storage fees, and attorneys' fees secured by the disposed collateral:

- Voluntary/Involuntary Repossession Fee:
- Holman Remarketing Fees: $100.00
- Seller Fees: $175.00
- Transportation Pick-up Fee: $78.00
- Reconditioning Fee: $35.00
- Title Fee: $93.00

5. Credits not included in item (1) above:

6. Amount of Deficiency: $5,906.35

Please note that <u>future</u> debits, credits, charges, including additional credit service charges or interest, rebates, and expenses may affect the amount of the deficiency.

If you wish to obtain additional information about this transaction, please do not hesitate to contact me at the telephone number and/or mailing address listed below.

Sincerely,

Member Solutions Department
American Heritage Federal Credit Union
215-969-0777 ext. 02886

We have reported information to the credit bureaus regarding a late payment, missed payments or other defaults on your account. This information may be reflected on your credit report.

**NOTICE TO DEBTORS IN BANKRUPTCY: If you filed for Bankruptcy, this notice is for "Informational Purposes Only", and not an attempt to at debt collection.**

CERTIFIED MAIL: 7021-2720-0000-7680-3119