# EXHIBIT 15



*American Heritage*
CREDIT UNION

07/01/2022

HELDER RAMIREZ
███████████████
NORRISTOWN, PA 19401-3230

Account # 718 ████
Principal Amount Due $5,906.35
Unpaid Interest Due $ 215.11
Total Amount Due $6,121.46

## NOTICE OF DEFAULT

. Dear Mr/Mrs.RAMIREZ

Your loan listed above has been CHARGED-OFF as of 06/29/2022 for reason of default. Terms of the loan agreement have been accelerated and the TOTAL amount listed above is due immediately, in addition to any potential legal cost or fees associated with the recovery of this debt as indicated in your agreement and permitted by law. While we understand you may be experiencing some financial hardship you are still responsible for the repayment of this debt. Additional fees and interest may apply. *__We have several re-payment options and programs that not only may save you money but may also help re-establish your credit and services with American Heritage FCU__*.

I strongly urge you to contact me to discuss the repayment of the TOTAL AMOUNT DUE listed above or to make alternative arrangement which may re-establish your credit and potentially reinstate your services with us. I can be reached at 1-215-969-0777 ext 2906 I look forward to working with you regarding this very serious matter.

Respectfully,
Joseph Punzo
Asset Recovery Department.
215-969-0777 Ext 02886
215-969-0777 Ext 2906

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Notice to Debtors in Bankruptcy: If you have filed for bankruptcy, this notice is for "informational Purpose Only, and is not an attempt to collect a debt.**