# EXHIBIT 16

# Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled.

| Account Name | |
|---|---|
| AMERICAN HERITAGE FCU718351**** | |

## Account Information

| | |
|---|---|
| Address | 3110 GRANT AVENUE PHILADELPHIA, PA 19114 |
| Phone | (800) 342-0008 |
| Monthly Payment | $0 |
| Date Opened | 10/07/2021 |
| Responsibility | Individual Account |
| Account Type | Installment Account |
| Loan Type | AUTOMOBILE |
| Balance | $6,121 |
| Date Updated | 02/01/2023 |
| Payment Received | $0 |
| Last Payment Made | 06/29/2022 |
| Pay Status | >Charge-off< |
| Terms | $0 per month, paid Monthly for 35 months |
| Date Closed | 07/01/2022 |
| High Balance (Hist.) | High balance of $14,803 from 11/2022 to 02/2023 |
| Estimated month and year this item will be removed | 11/2028 |

## Payment History

| November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks PRL< |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **30** | Rating **60** | Rating **90** |

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks > | Remarks - - - | Remarks PRL< | Remarks > | Remarks - - - | Remarks PRL< |
| Rating **RPO** | Rating **RPO** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

| November 2022 | December 2022 | January 2023 | February 2023 |
|---|---|---|---|
| Balance $5,906 | Balance $5,906 | Balance $6,121 | Balance $6,121 |
| Past Due $5,906 | Past Due $5,906 | Past Due $6,121 | Past Due $6,121 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 |
| Remarks > | Remarks - - - | Remarks PRL< | Remarks > |
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |