# EXHIBIT 17

# Statement of Credit Denial, Termination or Change

**Lender**
Pennsylvania State Employees Credit Union
PO BOX 67013
Harrisburg, PA 17106-7013
*"We"* means Lender.

**Applicant**
HELDER RAMIREZ

NORRISTOWN, PA 19401
*"You"* means Applicant.

**Date**
3/16/2023

**Application or Loan Number**
4882█

**Property Address:**

**Description of Account, Transaction or Requested Credit.**
Signature

**Description of Action Taken.**
Unable to extend credit at this time

## Principal Reasons for Credit Denial, Termination or Other Action Taken Concerning Credit

- [ ] Credit Application Incomplete
- [ ] Insufficient Number of Credit References Provided
- [ ] Unacceptable Type of Credit References Provided
- [ ] Unable to Verify Credit References
- [ ] Temporary or Irregular Employment
- [ ] Unable to Verify Employment
- [ ] Length of Employment
- [ ] Income Insufficient for Amount of Credit Requested
- [ ] Excessive Obligations in Relation to Income
- [ ] Unable to Verify Income
- [ ] Length of Residence
- [ ] Temporary Residence
- [ ] Unable to Verify Residence
- [ ] No Credit File
- [ ] Limited Credit Experience
- [ ] Poor Credit Performance with Us

- [x] Delinquent Past or Present Credit Obligations with Others
- [ ] Collection Action or Judgment
- [ ] Garnishment or Attachment
- [ ] Foreclosure or Repossession
- [ ] Bankruptcy
- [ ] Number of Recent Inquiries on Credit Bureau Report
- [ ] Value or Type of Collateral not Sufficient
- [ ] 
- [ ] 
- [ ] 
- [ ] 
- [ ] 

## Disclosure of Use of Information Obtained from an Outside Source

[x] Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency or agencies listed below. You have a right under the *Fair Credit Reporting Act* to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Adverse Action-Statement of Credit Denial
VMP ® Bankers Systems™
Wolters Kluwer Financial Services © 1993, 2011

VMP30 (1107).01
Page 1 of 3

*Statement of Credit Denial, Termination or Change* [continued]

| Consumer Reporting Agency Name | Mailing Address | Telephone Toll-Free | Web Address |
|---|---|---|---|
| Experian | PO Box 2104 Allen, TX 75013 | (866) 200-6020 | experian.com/reportaccess |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

[x] We also obtained your credit score from the consumer reporting agency and used it in making our credit decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

- Your credit score: 678
- Date: 3/16/2023
- Scores range from a low of 300 to a high of 850
- Key factors that adversely affected your credit score:
  1. SERIOUS DELINQUENCY
  2. RATIO OF BALANCE TO LIMIT ON BANK REVOLVING OR OTHER REV ACCTS TOO HIGH
  3. TOO MANY ACCOUNTS WITH BALANCES
  4. TIME SINCE DELINQUENCY IS TOO RECENT OR UNKNOWN

If you have any questions regarding your credit score, you should contact     Experian     at their address and telephone number above.

[ ] Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the *Fair Credit Reporting Act*, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information.

*Statement of Credit Denial, Termination or Change* [continued]

## Questions

If you have any questions regarding this notice, you should contact:

Creditor's Name: Pennsylvania State Employees Credit Union
PO BOX 67013
Harrisburg, PA 17106-7013

Telephone: 800-237-7328

**Notice.** The federal *Equal Credit Opportunity Act* prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the *Consumer Credit Protection Act*. The federal agency that administers compliance with this law concerning this creditor is:

Federal Trade Commission Bureau of Consumer Protection – FCRA
600 Pennsylvania Ave, NW Washington, DC 20580
877-FTC-HELP (382-4357)