# EXHIBIT 18


Anthony M.
SoMa, San Francisco, CA
0   1

 9/27/2021

Didn't get my plates on time and they wouldn't extend my temporary plates. Horrible customer service and there managers are no help.

[ Useful 1 ]   [ Funny ]   [ Cool 1 ]

**Brianna**
Business Customer Service

9/28/2021

Anthony - We apologize for the delay in receiving your plates. We can understand your frustration here and are sorry we couldn't do more to help. We are also worried that you felt our customer service was lacking, as that is never our goal. Would you please give our Customer Care Team a call at (877)-811-9330 so we can address this directly and see if there is anything we can do to help? We will look for your contact details, as well. Thank you.

Read less

**Beth B.**
New City, NY
0   5

 10/12/2021

I cannot believe this dealership is allowed to get away with how they operate. It should stop immediately. They run their business like criminals. The quote I was given on a basic model car was the price I would pay for a luxury car from a luxury dealership. It was astonishing. I could not believe the bullshit I was being served. When I told them thank you but no thanking you , I had a manager ( so he said) try to serve me more bullshit. It was very uncomfortable and he quickly dropped the monthly payment two hundred dollars a month. I told him I would think about it. No sooner did I finish my sentence than he began to Harass me by telling me to leave a 500 dollar deposit. As if he was doing me a favor!! He was trying to be smooth and business like but his attempts failed. I was Embarrassed for him. It did not end there. I told him that I would not be doing business with a dealership that were scammers and walked out. I get in my car and I was waved down by my salesman - who by the way was "ok" not great but "ok". He said someone wanted to talk to me. With that another salesman came out , said he too was the manager and told me to name my price. When I told him I was uncomfortable and at this point beyond Embarrassed for them , he kept it up and up. In order to get out of there I told them I would be back . Hell no I never went back . Nor would I ever ever consider doing so . It was an unbelievable experience. The dealership went above and beyond in living up to the negative reputation of a car dealership . This place is a complete scam. In 10 minutes of pulling out of their parking lot, I began my car buying experience with other dealerships in the area and my experiences were much different. My day end successfully. However, while my story ended on a positive note , It is sad to think that perhaps some innocent person was scammed at Volkswagen. After doing research on the car I was interested in, I no doubt was 100% scammed into spending above and beyond. In addition, after reading the reviews written before me , I wonder how this is able to go on. Something should be done to bring this dealership up to standards - which means working with Dignity, respect and honesty. Do not ... I repeat do not go here!!!!! This is an honest and accurate assessment of my experience. It was not written out of anger over not getting the car I wanted because in the end I did get the car I wanted you just elsewhere and not a volkswagon(thankful) . I did the smart thing by leaving and purchasing a car that is without a doubt a better car and value. My review is about not allowing a business to continue to operate like a scam.

[ Useful 2 ]   [ Funny ]   [ Cool ]

**Brianna**
Business Customer Service

10/12/2021

Hi Beth, it's concerning and disappointing to hear that you're upset. I'm sorry that you didn't feel comfortable here with us, and I wish that we could have better served you. We strive to deliver fair and competitive price...

Read more

< 1 2 3 >