# EXHIBIT 19

## AMERICAN HERITAGE FCU
**Potentially Negative**

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **AMERICAN HERITAGE FCU** | Balance | **$6,121** |
| Account Number | **718351XXXX** | Balance Updated | **06/01/2023** |
| Account Type | **Auto Loan** | Recent Payment | **-** |
| Responsibility | **Individual** | Monthly Payment | **-** |
| Date Opened | **10/07/2021** | Original Balance | **$14,803** |
| Status | **Account charged off. $5,906 written off. $6,121 past due as of Jun 2023.** | Highest Balance | **-** |
| | | Terms | **35 Months** |
| Status Updated | **Jul 2022** | On Record Until | **Oct 2028** |

### Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** | — | — | — | — | — | — |
| 2022 | ✓ | **30** | **60** | **90** | **R** | **R** | **CO** | **CO** | **CO** | **CO** | **CO** | **CO** |
| 2021 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

- ✓ Current / Terms met
- **30** Past due 30 days
- **60** Past due 60 days
- **90** Past due 90 days
- **R** Repossession
- **CO** Charge off

### Payment history guide

Charge Off as of Mar 2023 to Jun 2023, Feb 2023, Jan 2023, Dec 2022, Nov 2022, Oct 2022, Sep 2022, Aug 2022, Jul 2022

Repossession as of Jun 2022, May 2022

90 days past due as of Apr 2022

60 days past due as of Mar 2022

30 days past due as of Feb 2022

This account is scheduled to continue on record until Oct 2028.

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| May 2023 | $6,121 | $0 | $0 on 6/29/2022 |
| Apr 2023 | $6,121 | $0 | $0 on 6/29/2022 |
| Mar 2023 | $5,906 | $0 | $0 on 6/29/2022 |
| Feb 2023 | $6,121 | $0 | $0 on 6/29/2022 |
| Jan 2023 | $6,121 | $0 | $0 on 6/29/2022 |
| Dec 2022 | $5,906 | $0 | $0 on 6/29/2022 |
| Nov 2022 | $5,906 | $0 | $0 on 6/29/2022 |
| Oct 2022 | $6,121 | $0 | $0 on 6/29/2022 |
| Sep 2022 | $6,121 | $0 | $0 on 6/29/2022 |
| Aug 2022 | $6,121 | $0 | $0 on 6/29/2022 |
| Jul 2022 | $6,121 | $0 | $15 on 6/29/2022 |
| Jun 2022 | $6,108 | $0 | $8,519 on 5/12/2022 |
| May 2022 | $14,606 | $0 | $0 on 11/21/2021 |
| Apr 2022 | $14,572 | $429 | $0 on 11/21/2021 |
| Mar 2022 | $14,537 | $429 | $0 on 11/21/2021 |
| Feb 2022 | $14,506 | $429 | $0 on 11/21/2021 |
| Jan 2022 | $14,471 | $429 | $0 on 11/21/2021 |
| Dec 2021 | $14,425 | $429 | $429 on 11/21/2021 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Nov 2021** | **$14,803** | **$429** | **$0** |

### Additional info

The original amount of this account was $14,803

---



### Contact Info

| | |
|---|---|
| Address | **2060 RED LION RD, PHILADELPHIA PA 19115** |
| Phone Number | **(215) 969-0777** |

---



### Reinvestigation Info

**This item was updated from our processing of your dispute in Dec 2022.**