Case 7:23-cv-05716-KMK   Document 14   Filed 10/04/23   Page 1 of 1



# LITCHFIELD CAVO LLP
ATTORNEYS AT LAW

**WRITER'S ADDRESS:**
420 Lexington Avenue
Suite 2104
New York, NY 10170
D 212-792-9772
F 212-434-0105

MEMO ENDORSED

**Brian S. Gitnik**
Email: Gitnik@LitchfieldCavo.com

October 4, 2023

**Via ECF**
Honorable Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601-4150

> Re: *Helder Ramirez v. IDD Cars, LLC, et al.*
> Case No. 23 CV 05716 (KMK)

Dear Judge Karas:

Litchfield Cavo, LLP represents Defendant American Heritage Federal Credit Union in the above-referenced matter. Per your Honor's September 25, 2023 Calendar Notice, an initial conference in this matter has been scheduled for tomorrow, Thursday, October 5, 2023 at 10:30 a.m.

I am writing at this time to request an adjustment to the start time for the conference tomorrow or a short adjournment to another day. I am currently engaged in a trial in the Bronx County Civil Court that commenced this past Monday and, for all intents and purposes, really ought to have been completed by now. As it stands, I am due back in court tomorrow morning at 9:30. If it is okay with your Honor and counsel, I would be happy to participate in the conference tomorrow anytime between 1:00-2:00, which is when we the court has been breaking for lunch. Alternatively, I am available any time next week on either October 9, 11, 12 or 13.

I apologize for any inconvenience this might cause as it is truly not my intention to delay the case unnecessarily. Thank you for your consideration of this matter.

*The conference is moved to 1:30 pm.*
*So Ord.*
*MK 10/4/23*

Respectfully submitted,

/s/ Brian S. Gitnik

Brian S. Gitnik

cc: All counsel of record (via ECF)

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia | Phoenix
Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia

www.LitchfieldCavo.com