```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RAMIREZ,

                Plaintiffs,

-against-

IDD CARS, LLC et. al.,

                Defendant.

-----------------------------------------------------------------X

23-CV-5716 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

    The parties are directed to file a joint letter by no later than November 30, 2023, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

    **SO ORDERED.**

DATED:    White Plains, New York
                October 10, 2023

_____
VICTORIA REZNIK
United States Magistrate Judge