UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Ramirez,

                                        Plaintiffs,

                -against-

IDD Cars, LLC, et al.,

                                        Defendant.

-------------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-05716-KMK-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **August 14, 2024   at  10:30**

**AM.**  The parties are to dial in to the ATT conference line at 877-336-1839, enter access code

5999739 and then # to enter the conference.

          **SO ORDERED.**

DATED:      White Plains, New York
            July 19, 2024

                                        _____
                                        VICTORIA REZNIK
                                        United States Magistrate Judge