UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELDER RAMIREZ,

       Plaintiff,

-against-

IDD CARS, LLC D/B/A VOLKSWAGEN
OF NANUET AND AMERICAN HERITAGE
FEDERAL CREDIT UNION

       Defendants.

---

Case No. 7:23-cv-05716-KMK-VR

**NOTICE OF APPEAL**

  **PLEASE TAKE NOTICE**, that the defendant- appellant, IDD CARS, LLC D/B/A VOLKSWAGEN OF NANUET (hereinafter "IDD"), hereby appeals to the United States Court of Appeals for the Second Circuit from the part of Opinion and Order entered on September 26, 2025, ECF Document No. 95, granting plaintiff partial summary judgment and denying IDD's summary judgment against plaintiff.

Dated: Jericho, New York
    October 23, 2025

                Respectfully submitted,

                LABONTE LAW GROUP, PLLC

                */s/ Rick C. Kim*
                RICK C. KIM
                *Attorneys for Defendant,*
                *IDD CARS, LLC D/B/A VOLKSWAGEN OF NANUET*
                333 Jericho Turnpike, Suite 200
                Jericho, New York 11753
                Phone: (516) 280-8580
                E-Mail: rkim@labontelawgroup.com

To: All Attorneys via ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

HELDER RAMIREZ,

                Plaintiff,

    -against-

IDD CARS, LLC D/B/A VOLKSWAGEN
OF NANUET AND AMERICAN HERITAGE
FEDERAL CREDIT UNION

                Defendants.
_____

Case No. 7:23-cv-05716-KMK-VR

**CERTIFICATE OF SERVICE**

      RICK C. KIM, an attorney duly admitted to practice law in the State of New York and United States District Court for the Southern District, hereby certify, pursuant to 28 U.S.C. § 1746, that the following is true and correct under penalty of perjury under the laws of the United States of America:

      I am not a party to the action, am over the age of eighteen (18) years and on October 23, 2025, I served the NOTICE OF APPEAL upon:

      KIDD LAW GROUP PLLC
      *Attorneys for Plaintiff*
      450 Seventh Avenue, Suite 704
      New York, New York 10123
      E-Mail: nkidd@kiddlawgroup.com

      GORDON REES SCULLY MANSUKHANI LLP
      *Attorneys for Defendant, American Heritage*
      *Federal Credit Union*
      One Battery Plaza, 28th Floor
      New York, New York 10004
      E-Mail: bgitnik@grsm.com

by filing the same via ECF.

Dated: Jericho, New York
       October 23, 2025

                                        */s/ Rick C. Kim*
                                        RICK C. KIM